# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL S. SIMMONS., | : |
| Petitioner, | : |
| VS. | : 7:06-CV-125 (HL) |
| STEVE UPTON, Warden, | : |
| Respondent. | : |

## ORDER REQUIRING RESPONSE TO MOTION TO DISMISS

Respondent Upton has filed a motion seeking dismissal of the above-styled action in which it is alleged that petitioner's filing of this petition seeking federal habeas corpus relief was untimely. The petitioner is directed to respond to the Respondent's motion to dismiss pursuant to the dictates of the following notice:

Since petitioner is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his right to respond to said motion and of the consequences which he may suffer if he fails to file a response thereto.

Petitioner is advised that:

(1) a MOTION TO DISMISS has been filed herein by the Respondent;

(2) petitioner has the right to oppose the granting of said motion; and

(3) if petitioner fails to oppose said motion, his petition may be dismissed.

Petitioner is further advised that under the procedures and policies of this court, motions to dismiss are normally decided on briefs. The court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PETITIONER HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF SAID MOTION**. Upon the recommendation of the Magistrate Judge, the District Judge could then grant the motion to dismiss.   <u>There would be no trial or further proceedings</u> herein.

Accordingly, the petitioner is ORDERED AND DIRECTED to file a response to said motion to dismiss **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER.** Thereafter, the court will consider the motion and any opposition to same filed by the petitioner.

**SO ORDERED**, this 23rd day of February 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE