**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **MICHAEL S. SIMMONS,** | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 7:06-CV-125 (HL) |
| | : | |
| **STEVE UPTON, Warden,** | : | |
| Respondent | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 10) filed July 12, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 14th day of August, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**